UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HOSTPITAL QUIRURGICA DEL SUR <br><br> Plaintiff, <br><br> v. <br><br> MARTIN'S POINT HEALTH CARE INC <br><br> Defendant, | CIVIL NO. 2:23-cv-00259-LEW |

## JUDGMENT OF DISMISSAL

In accordance with the Order on Motion to Dismiss entered by Chief Judge Lance E. Walker on April 23, 2024,

JUDGMENT of Dismissal for lack of subject matter jurisdiction is hereby entered.

CHRISTA K. BERRY
CLERK

By:   /s/ Jennifer G. Driscoll
      Deputy Clerk

Dated: April 23, 2024